UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DUNKIN' DONUTS INCORPORATED,

    Plaintiff(s)

    v.                                              Civ. No. 97-1646(PG)

MANDORICO, INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #240 - Stipulation to Dismiss | APPROVED. |

Date: October 28, 1999.

*Juan M. Pérez-Giménez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

