UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

DUNKIN' DONUTS INCORPORATED,

    Plaintiff

v.                                    Civ. No. 97-1646(PG)

MANDORICO, INC., ET AL.,

    Defendants

## JUDGMENT

The Court having entered an order approving the parties' stipulation of dismissal, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED with prejudice**.

San Juan, Puerto Rico, October 28, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

10



AO 72A
(Rev.8/82)